IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 3:14-667-JFA |
| v. | |
| JEREMY PUGH WASHINGTON. | **MEMORANDUM OPINION, AND ORDER** |

This matter is before the court upon the defendant's *pro se* motion for reconsideration. (ECF No. 1534). Within the motion, Washington seeks a reduction in his sentence in addition to the reduction previously granted on his compassionate release motion. (ECF No. 1529). In essence, Washington seeks an additional two-level reduction to his applicable sentencing guidelines range based upon "the 782 Amendment". Amendment 782 became effective on November 1, 2014. Accordingly, when the court recalculated the applicable guidelines in considering Washington's compassionate release motion, this change in the law was taken into account. *See* (ECF No. 1529, p. 14)("Hypothetically, if the defendant was being sentenced today, post-First Step Act of 2018 and post-*Norman*, he would be exposed to non-career offender Guideline provisions."). Therefore, the Amendment Washington refers to does not make him eligible for any further relief. Accordingly, his motion for reconsideration must be denied.

To the extent Defendant's motion requests "clarification of his accounted jail time," that issue has been addressed in a separate order. (ECF No. 1546).

IT IS SO ORDERED.

December 21, 2022
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge